IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JUL -1 P 1: 16

DEPUTY CLERK

Robert James Swint
plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Samsung, O-ran, V-ran, Motorola, Nokia, Heaven,
Defendants

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Robert James Swint
   Street Address: 286 Southwest 4th Street
   City and County: Clatskanie,
   State and Zip Code: Oregon 97016
   Telephone Number: 503-728-3207
   E-mail Address: BOBSWint899@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Samsung
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2

   Name:
   Job or Title (if known):
   Street Address:
   City and County:

          State and Zip Code  _____

          Telephone Number  _____

          E-mail Address  _____
          (if known)

Defendant No. 3

          Name  _____

          Job or Title  _____
          (if known)

          Street Address  _____

          City and County  _____

          State and Zip Code  _____

          Telephone Number  _____

          E-mail Address  _____
          (if known)

Defendant No. 4

          Name  _____

          Job or Title  _____
          (if known)

          Street Address  _____

          City and County  _____

          State and Zip Code  _____

          Telephone Number  _____

          E-mail Address  _____
          (if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

*[Handwritten:]* USC 28 § 1331, Mislead/Fraud Wife+Nappin'

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

title 42 USC §§ 2000(e)   title 18 Section 79
fraud                                              perjury
                  Heaven P Earth Q

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

      The plaintiff, *(name)* Robert James Swift , is a citizen of the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . *Or* is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

3 Million $ Cash plus I want all court costs and fees reimburst and then 6.2 And 8.2 Billion for each one of the O and V networks.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Samsung set me up I, believe it, the United States and Various companies, launching U.S.S. Samuel B. Roberts II on April 14th 1988, and four days later an Iranian land mine went onto the shore and the U.S. launched Operation Cricket Stick And is using Samsung for a meter on the Andro operating System, calling it Beta MitFarms Enc. What? One might ask, they also launded A-ran B-ran networks on Feb 23

2023 on the same day as Zurik and CBS6 launched in cahoots with Dish Network, the Federal Bureau of Investigation and the United States Marshals club, one heck of a private network, failing to include a public one, 86 Billion is actual 88 Billion, so give me 2B on request for 90 day reim.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for 62 Billion, 82 Billion, 96 Thousand for harrassment, and 86 Million on pain, suffering, and 3 Million for housing.

### V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 8th, 2024

Signature of Plaintiff: Robert S[...]

Printed Name of Plaintiff: Robert James Swint

Additional notes: in leau of the other day, today, I hearby declare frauded. I am still asking for the above amounts. I dont think the F.B.I. can argue, on the same day as there quarterly inspection waiting til its done, attempting to launch O and V networks thru samsung. Those look like body panotomy. The FBI, congress, and Dish all crashed that same day. "Employees are cut off" is the initial "Internal Breech" later claiming Chinese hackers. Also cau[...] targeting catholics (cathic) not cool